No. 76–5296.  INCISO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5341.  MCCURRY *v.* CLERK OF THE SIXTH JUDICIAL DISTRICT COURT OF LOUISIANA.  C. A. 5th Cir.  Certiorari denied.

No. 76–5357.  COOPER *v.* UNITED STATES;
No. 76–5360.  ESCAMILLA *v.* UNITED STATES; and
No. 76–5367.  ALVARADO ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 76–5370.  MITCHELL *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–5464.  LUPO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–5465.  HAIRSTON *v.* WARDEN, ILLINOIS STATE PENITENTIARY.  C. A. 7th Cir.  Certiorari denied.

No. 76–5475.  SYPULA *v.* UNITED STATES  C. A. 3d Cir. Certiorari denied.

No. 76–5482.  STARR *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 76–5490.  MILLER *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 76–5507.  TOON *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 76–5520.  CHESTER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–5526.  WOODS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5527.  BOYD *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.